■ In the Matter of ISRAEL G. GROSSMAN (Admitted as ISRAEL GEDALIAH GROSSMAN), a Disbarred Attorney. [762 NYS2d 493] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Tom, J.P., Mazzarelli, Ellerin, Wallach and Gonzalez, JJ.